# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### BALTIMORE DIVISION

**JAMES C. HOURIHANE,**      *

     *Plaintiff*,         *

**vs.**                        * **Civ. Action No.: 1:12-cv-2222-MJG**

**MIDLAND FUNDING, LLC**   *
**and SCHLEE & STILLMAN, LLC,**
                            *

     *Defendants*.

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### LINE REQUESTING ISSUANCE OF RULE 111 SETTLEMENT ORDER

The parties, by their undersigned counsel, respectfully notify the Court that their dispute has been settled and request the issuance of a Local Rule 111 Settlement Order.

Respectfully submitted,

*/s/ E. David Hoskins*
E. David Hoskins, 06705
THE LAW OFFICES OF
E. DAVID HOSKINS, LLC
Quadrangle Building at Cross Keys
2 Hamill Road, Ste. 362
Baltimore, Maryland 21210
(410) 662-6500 (Tel.)
dhoskins@hoskinslaw.com
*Attorney for James Hourihane*

*/s/ Lauren M. Burnette*
*(signed with permission by E. David Hoskins)*
Lauren M. Burnette, Esquire
MARSHALL, DENNEHEY, WARNER, COLEMAN
& GOGGIN, P.C.
4200 Crums Mills Road, Ste. B
Harrisburg, PA  17112
LMBurnette@MDWCG.com
*Counsel for Midland Funding, LLC*


*/s/ David Schlee*
*(signed with permission by E. David Hoskins)*
David Schlee, Esquire
SCHLEE & STILLMAN, LLC
9712 Belair Road, Ste. 203
Nottingham, MD 21236
*dschlee@schleeandstillman.com*
*Attorney for Schlee & Stillman, LLC*